UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KIMBERLEY BRACHER,
on behalf of herself and all
others similarly situated,

      Plaintiff,

  v.

JAYBIRD SENIOR LIVING, INC. and
WIRC, LLC

      Defendants.

Case No. 21-cv-0889-bhl

## ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

  On September 1, 2022, the parties filed their Joint Motion for Preliminary Approval of Class and Collective Action Settlement (ECF No. 27) and their fully executed Settlement Agreement and Release (ECF No. 27-1), in this dual Fed. R. Civ. P. 23 class action and Fair Labor Standards Act (FLSA) collective action. On September 15, 2022, the Court granted preliminary approval in part and scheduled a final fairness hearing. (ECF No. 28.)

  On November 22, 2022, the parties filed a Joint Motion for Final Approval Settlement, (ECF No. 32), Plaintiff's Unopposed Motion for Approval of Service Award, (ECF No. 33), and Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs, (ECF No. 34).

  On December 15, 2022, the Court conducted a Fairness Hearing on the parties' request for final approval of their Settlement Agreement and Release and determined that the settlement in this matter, Plaintiff's counsel's attorneys' fees and case-related costs and expenses, and Plaintiff's service award are fair and reasonable. Based on the parties' submissions and the representations of counsel, the Court **FINDS**:

  1  The Settlement Agreement is a fair, reasonable, and adequate resolution pursuant to Fed. R. Civ. P. 23(e).

  2.  The Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

3. Plaintiff Kimberley Bracher's service award in the amount of $1,500.00 is reasonable.

4. Plaintiff's request for attorneys' fees and case-related costs and expenses in the amount of $39,500.00 is reasonable.

**IT IS THEREFORE ORDERED**:

1. The Wisconsin Wage Payment and Collection Laws (WWPCL) Class is certified pursuant to Fed. R. Civ. P. 23 and the FLSA Collective is certified pursuant to 29 U.S.C. § 216(b).

2. The parties' Joint Motion for Final Approval of Settlement, (ECF. No. 32) is **GRANTED** and the parties' Settlement Agreement (ECF No. 27-1), is **APPROVED** as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e), and represents a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

3. Kimberley Bracher is appointed as Class Representative for the WWPCL Class and FLSA Collective.

4. Walcheske & Luzi, LLC is appointed as counsel for the WWPCL Class and FLSA Collective.

5. The Settlement Agreement is binding on Plaintiff, Defendants, and all settling Plaintiffs.

6. The settlement payments to the Settlement Class are approved.

7. Defendant's counsel shall provide Plaintiff's counsel with settlement checks for the Settlement Class within (30) calendar days of this Order.

8. Plaintiff's counsel shall send the settlement checks to the Settlement Class via U.S. Mail following receipt of the settlement checks from Defendant's counsel.

9. The Settlement Class has one hundred and twenty (120) days from the date the respective check is issued to cash their individual settlement checks, otherwise the individual settlement checks and amounts will revert to and be retained by Defendants.

10. Plaintiff's Unopposed Motion for Approval of Service Award, (ECF No. 33) is **GRANTED** and Plaintiff Kimberley Bracher's Service Award of 1,500.00 is hereby **APPROVED**.

11. Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs, (ECF. No. 34) is **GRANTED** and counsel's requested award of attorneys' fees and costs in the total amount of $39,500 is hereby **APPROVED.**

12. Plaintiff's released claims and those of all settling Plaintiffs are hereby **DISMISSED** with prejudice.

13. The claims of any putative settling Plaintiff who properly and timely excluded themselves in accordance with the procedures in the Settlement Agreement are hereby **DISMISSED** without prejudice.

14. This matter is hereby **DISMISSED** on the merits, with prejudice, and without further costs to either party.

**SO ORDERED** on December 16, 2022.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge